**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

## MAGISTRATE JUDGE JOHN T. RODGERS

**2:17-CR-0182-TOR-1**
**USA v JAMES T. MCGUIRE**

DETENTION HEARING: 11/27/17

| | | | |
|---|---|---|---|
| [ X ] | Honorable John T. Rodgers | [ X ] | Patrick Cashman, USAtty |
| [ X ] | Melissa Orosco, Courtroom Deputy | [ X ] | Walter Ayers, Defense Counsel |
| [ X ] | Stephanie Cherney, Pretrial / Probation | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## Remarks

Defendant appeared with counsel and waived his right to a bail hearing at this time. Should conditions change, defendant may revisit the Court on the issue of detention. Defendant will be detained by the U.S. Marshal pending further Order of the Court.

FTR/S-740  \*  1:30 – 1:32 PM
DETENTION HEARING: 11/27/17